**STATE of Missouri, Respondent,**

v.

**Andre PASLEY, Appellant.**

No. WD 48502.

Missouri Court of Appeals,
Western District.

July 5, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1994.

Cyril M. Hendricks, Jefferson City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

## *ORDER*

PER CURIAM:

Appeal from jury conviction for tampering in the first degree, § 569.080 RSMo 1986, and sentence of four years imprisonment.

Affirmed.   Rule 30.25(b).

**John PARSONS, Appellant,**

v.

**TRIMCO CABINETS, INC., Respondent.**

No. WD 48975.

Missouri Court of Appeals,
Western District.

July 5, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1994.

Arthur J. Kase, Julie L. Prewitt, Kansas City, for appellant.

Jeff F. Stigall, Jeanne C. Haas, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Appeal from denial of Workers' Compensation benefits.

Affirmed.   Rule 84.16(b).